## UNITED STATES of America, Plaintiff–Appellee,

v.

## Rohan Alexander WALTERS, a/k/a Dave, a/k/a Rohan Williams, Defendant–Appellant.

### No. 01–7203.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Nov. 13, 2001.

Rohan Alexander Walters, pro se. John Castle Parr, Office of the United States Attorney, Charleston, WV, for appellee.

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

PER CURIAM.

Rohan Alexander Walters seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. *United States v. Walters,* Nos. CR–97–157; CA–00–878–2 (S.D.W. Va. June 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*